## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 823 - 2 | **DATE** | 12/13/2007 |
| **CASE TITLE** | USA vs. David Vizcarra | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 12/19/07 at 12:30 p.m. Defendant to remain in custody pending further order of the Court.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|