Order Form (01/2005)

# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 823 - 2 & 3 | DATE | 1/2/2008 |
| CASE TITLE | USA vs. David Vizcarra & Jacinto Vizcarra | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held as to defendants David Vizcarra & Jacinto Vizcarra. Oral motion by defendant Jacinto Vizcarra for leave to file appearance of J. Clifford Greene, Jr and to withdraw the appearance of Gal Pissetzky is granted. For the reasons stated on the record, the Court hereby enters a finding of probable cause; Order defendants David Vizcarra & Jacinto Vizcarra bound to the District Court for further proceedings. Defendant David Vizcarra to remain in custody pending further order of the court.

Docketing to mail notices.

00:45

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|