## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nolan | Sitting Judge if Other than Assigned Judge | Gettleman |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 823 -1,2,3 | **DATE** | 1/2/2008 |
| **CASE TITLE** | USA vs A. Vasquez, D. Vizcarra, J. Vizcarra | | |

**DOCKET ENTRY TEXT:**

Government's motion [19] for an extension of time to 2/9/2008 in which to return an indictment is granted.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | | Courtroom Deputy | GDS |
|---|---|---|---|